

# NUMBER 13-13-00447-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

EB INTERNATIONAL, LLC,
AND HIDALGO LOGISITICS,
LLC, D/B/A HIDALGO COLD
STORAGE, A TEXAS LIMITED
 LIABILITY COMPANY,                                              Appellants,

v.

JENROB INVESTMENTS,
LP, A TEXAS LIMITED
PARTNERSHIP,                                                    Appellee.

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

On, October 11, 2013, appellants, EB International, LLC, and Hidalgo Logistics, LLC, d/b/a Hidalgo Cold Storage, a Texas Limited Liability Company, filed a suggestion of bankruptcy in this appeal. According to the notice, appellant Hidalgo Logistics, LLC filed a bankruptcy petition on May 15, 2013, in the United States Bankruptcy Court for the Southern District of Texas, McAllen Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
28th day of October, 2013.

2